# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| | : | |
| NOAH ANDERSON, | : | Honorable Jessica S. Allen |
| NATHANIEL BROADNAX, | : | Mag. No. 25-8123 |
| LATISHA COLEMAN, | : | |
| EDWIN COOPER, | : | |
| FARARD HALL, | : | |
| ALQUAWI HARGROVE, | : | |
| ALI HARRIS, | : | |
| DAWAN HARRISON, | : | |
| JAQUAY HARRISON, | : | |
| BERNARD HOOVER, | : | |
| KHYAIR JENKINS, | : | |
| AJAMU KALONJI, | : | |
| NIGEL LATIMORE, | : | |
| SHAQUAN LEAKS, | : | |
| ANTHONY LEVETT, | : | |
| ISIAH MASSENBURG, | : | |
| TAUHEED MCLEAN, JR., | : | |
| RAHEEM MORGAN, | : | |
| LAMAR SHELL, | : | |
| JAMAAR SMITH, | : | |
| JAMAAL SWINTON, | : | |
| KAIDEAH TRAYNHAM, | : | |
| RADEE TUTLER, | : | |
| TIMOTHY WOODY, | : | |
| MARIO WRIGHT | : | |

I, Abdullah Holmes, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

2

I further state that I am a Task Force Officer with the Drug Enforcement Administration, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

                                                      _/s/ Abdullah Holmes_
                                                      Abdullah Holmes, Task Force Officer
                                                      Drug Enforcement Administration

Task Force Officer Holmes attested to this Complaint
by telephone pursuant to F.R.C.P. 4.1

6/9/2025                                    at             District of New Jersey
Date                                                                County and State

HONORABLE JESSICA S. ALLEN            _/s/ Jessica S. Allen_
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

## ATTACHMENT A

### Count One
### (Conspiracy to Distribute and Posses with the Intent to Distribute Controlled Substances)

From at least as early as in or around September 2024 through in or around June 2025, in Essex County and Union County, in the District of New Jersey and elsewhere, defendants

NOAH ANDERSON,
NATHANIEL BROADNAX,
LATISHA COLEMAN,
EDWIN COOPER,
FARARD HALL,
ALQUAWI HARGROVE,
ALI HARRIS,
DAWAN HARRISON,
JAQUAY HARRISON,
BERNARD HOOVER,
JENKINS KHYAIR,
AJAMU KALONJI,
NIGEL LATIMORE,
SHAQUAN LEAKS,
ANTHONY LEVETT,
ISIAH MASSENBURG,
TAUHEED MCLEAN, JR.,
RAHEEM MORGAN,
LAMAR SHELL,
JAMAAR SMITH,
JAMAAL SWINTON,
KAIDEAH TRAYNHAM,
RADEE TUTLER,
TIMOTHY WOODY, and
MARIO WRIGHT

did knowingly and intentionally conspire with each other and others to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## Count Two
### (Possession of a Firearm and Ammunition by a Convicted Felon)

On or about November 15, 2024, in Essex County, in the District of New Jersey and elsewhere, defendant,

ANTHONY LEVETT,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, namely, a .40 caliber Glock semi-automatic handgun bearing serial number BPAD278, which was loaded with approximately 15 rounds of .40 caliber ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## Count Three
**(Possession of a Firearm and Ammunition by a Convicted Felon)**

On or about January 17, 2025, in Union County, in the District of New Jersey and elsewhere, defendant,

ALQUAWI HARGROVE,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, namely, a Beretta APX 9mm caliber handgun, bearing serial number AXC005783, loaded with approximately eight rounds of 9mm ammunition, and a Glock 42 .380 caliber semi-automatic handgun, bearing serial number ACKF246, loaded with approximately four rounds of .380 caliber ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## Count Four
**(Possession of a Firearm and Ammunition by a Convicted Felon)**

On or about April 24, 2025, in Union County, in the District of New Jersey and elsewhere, defendant,

LAMAR SHELL,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, namely, a 9mm Canik semi-automatic handgun, bearing serial number T6472-23AP03205, loaded with approximately 16 rounds of 9mm ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**ATTACHMENT B**

I, Abdullah Holmes, am a Task Force Officer with the Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, lawfully recorded communications, video footage, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

**THE FRELINGHUYSEN DTO**

1. The defendants are members of a drug trafficking organization that operates an open-air narcotics market in and around the area of Otto Kretchmer Homes – an affordable housing complex in Newark, New Jersey ("Kretchmer Homes") located in the area of the 900 block of Frelinghuysen Avenue. Members of the conspiracy include Noah Anderson ("ANDERSON"), Nathaniel Broadnax ("BROADNAX"), Latisha Coleman ("COLEMAN"), Edwin Cooper ("COOPER"), Farard Hall ("HALL"), Alquawi Hargrove ("HARGROVE"), Ali Harris ("HARRIS"), Dawan Harrison ("D. HARRISON"), Jaquay Harrison ("J. HARRISON"), Bernard Hoover ("HOOVER"), Khyair Jenkins ("Jenkins"), Ajamu Kalonji ("Kalonji"), Nigel Latimore ("LATIMORE"), Shaquan Leaks ("LEAKS"), Anthony Levett ("LEVETT"), Isiah Massenburg ("MASSENBURG"), Tauheed McLean, JR. ("MCLEAN"), Raheem Morgan ("MORGAN"), Lamar Shell ("SHELL"), Jamaar Smith ("SMITH"), Jamaal Swinton ("SWINTON"), Kaideah Traynham ("TRAYNHAM"), Radee Tutler ("TUTLER"), Timothy Woody ("WOODY"), and Mario Wright ("WRIGHT") (collectively, the "Defendants" or the "Frelinghuysen DTO"). Many members of the Frelinghuysen DTO are affiliated with a neighborhood-based street gang, comprised largely of members and associates of the Bloods street gang, who pledge their allegiance, first and foremost, to the neighborhood surrounding the 900 Block of Frelinghuysen Avenue.

2. During the timeframe relevant to the conspiracy charged in Count One of this Complaint, law enforcement obtained court authorization to intercept wire and electronic communications occurring over multiple telephones controlled by DTO members; extensively surveilled the area of Kretchmer Homes; used confidential informants and undercover law enforcement officers to purchase narcotics, including substances that tested positive for the presence of fentanyl and cocaine base; reviewed arrests and drug seizures made by local law enforcement involving members of the Frelinghuysen DTO; and analyzed telephone records demonstrating interactions between the Defendants; among other means of investigation.

3.  The Defendants conspired and agreed with each other and others to distribute large quantities of fentanyl and cocaine base in the area of Kretchmer Homes. As described in more detail below, law enforcement has used confidential informants and undercover law enforcement officers to purchase fentanyl and cocaine base from members of the Frelinghuysen DTO on numerous occasions. Over the course of this investigation, law enforcement has seized at least dozens of bricks[1] of suspected[2] fentanyl-laced heroin and more than 28 grams of suspected[3] cocaine base from members of the Frelinghuysen DTO through investigative techniques including the aforementioned controlled purchases and enforcement action. The investigation has revealed, through extensive surveillance, review of lawfully recorded communications, and drug seizures, that the Frelinghuysen DTO distributed drug quantities exceeding 400 grams of fentanyl and 280 grams of cocaine base during the course of the conspiracy timeframe

4.  The Defendants worked together to distribute the fentanyl and cocaine base to their customers. Evidence indicating collaboration among the co-conspirators includes, for example: telephone records and intercepted communications generally showing frequent contact between co-conspirators; physical interactions between co-conspirators, during which members of the Frelinghuysen DTO collaborated in order to fill narcotics orders from customers, including, in some cases, confidential informants and/or undercover law enforcement officers; and the seizure of recurring stamps[4] branding the fentanyl, indicating that members of the Frelinghuysen DTO obtained their narcotics from a common source of supply.

---

[1] A "brick" is a term used to refer to fifty doses of heroin.

[2] Law enforcement has purchased glassine envelopes, each containing a single-dose quantity of a white powdery substance. The seized substances have been submitted for laboratory testing. To date, the substances seized on multiple occasions have tested positive for the presence of fentanyl.

[3] Law enforcement has purchased small jugs or vials containing a white rock-like substance on multiple occasions, and has seized similarly packaged suspected narcotics, as well as a raw rock-like substance, during search warrant executions and street arrests. The seized substances have been submitted for laboratory testing. To date, the substances seized on multiple occasions have tested presumptively positive for the presence of cocaine base.

[4] Drug dealers use stamps, usually containing a word, phrase, or image, to brand heroin/fentanyl packaging materials. Stamps are intended to allow drug users to track the origin and quality of a product so that they can find and re-purchase that product.

5. The evidence described below demonstrates that the Defendants acted in concert to control the drug trade in and around the 900 block of Frelinghuysen Avenue, including Kretchmer Homes.

**CONTROLLED PURCHASES OF CONTROLLED SUBSTANCES**

6. Between in or around September 2024 and in or around May 2025, law enforcement used confidential informants and undercover law enforcement officers to purchase fentanyl-laced heroin and cocaine base from multiple members of the Frelinghuysen DTO. These transactions were conducted around Kretchmer Homes or with individuals law enforcement observed engaging in suspected narcotics activity on a regular basis in the area of Kretchmer Homes. The transactions with undercover law enforcement were recorded with body-worn recording devices. Prior to each controlled purchase involving a confidential informant, law enforcement officers ensured that the confidential informant making the purchase did not have any unauthorized contraband or currency.

| Date of Transaction | Target Subject(s) Involved in Transaction | Contraband Purchased[5] | Stamps |
|---|---|---|---|
| 9/11/2024 | Raheem Morgan | Fentanyl | DIANA ROSS<br>S<br>UGG |
| 9/17/2024 | Timothy Woody<br>Dawan Harrison | Fentanyl | TRX |
| 9/19/2024 | Raheem Morgan | Fentanyl | (IMAGE OF SKULL) |
| 9/24/2024 | Lamar Shell | Fentanyl | DIANA ROSS<br>G<br>1<br>SUPREME |
| 9/24/2024 | Timothy Woody<br>Dawan Harrison | Fentanyl | BASES LOADED |
| 9/25/2024 | Raheem Morgan | Fentanyl | BASES LOADED |
| 10/3/2024 | Dawan Harrison | Fentanyl | SCARFACE<br>UNIQUE<br>TRY ME |
| 10/3/2024 | Dawan Harrison | Fentanyl | SCARFACE<br>PEPSI |
| 10/4/2024 | Lamar Shell | Fentanyl | ROLEX<br>SCARFACE |

---

[5] The substances identified in this column have been confirmed through laboratory testing unless otherwise indicated as "suspected."

| Date of Transaction | Target Subject(s) Involved in Transaction | Contraband Purchased[5] | Stamps |
|---|---|---|---|
| 10/10/2024 | Alquawi Hargrove Shaquan Leaks | Fentanyl Cocaine Base | BLACK SUMMER PURPLE RAIN |
| 10/16/2024 | Raheem Morgan | Fentanyl | (IMAGE OF SKULL) |
| 10/16/2024 | Timothy Woody | Fentanyl | VENOM |
| 10/16/2024 | Dawan Harrison Jaquay Harrison | Fentanyl | AMERICAN GANGSTER |
| 10/16/2024 | Shaquan Leaks | Fentanyl | AMERICAN GANGSTER |
| 10/24/2024 | Anthony Levett | Fentanyl | SCARFACE DIOR |
| 10/24/2024 | Nigel Latimore | Cocaine Base Fentanyl | PUNISHER |
| 11/5/2024 | Raheem Morgan | Fentanyl | PUNISHER |
| 11/5/2024 | Radee Tutler Kaideah Traynham | Fentanyl | FATAL ATTRACTION HOUSING AUTHORITY |
| 11/07/2024 | Raheem Morgan | Fentanyl | COCOA PUFFS |
| 11/14/2024 | Jaquay Harrison Raheem Morgan | Fentanyl Cocaine base | AMERICAN GANGSTER |
| 11/14/2024 | Dawan Harrison | Suspected Fentanyl | BLACK SUMMER |
| 11/22/2024 | Raheem Morgan | Fentanyl | THUMBS UP |
| 11/25/2024 | Jamaar Smith | Fentanyl | NINO BROWN |
| 11/26/2024 | Shaquan Leaks | Fentanyl | MOJO |
| 12/03/2024 | Dawan Harrison | Fentanyl | NO CHILDREN |
| 12/5/2024 | Raheem Morgan | Fentanyl | SUPERMAN JUNKIE LUV |
| 12/17/2024 | Jaquay Harrison Raheem Morgan | Suspected Fentanyl | AMERICAN GANGSTER |
| 12/23/2024 | Jaquay Harrison | Suspected Fentanyl | BAD BUNNY |
| 1/23/2025 | Jaquay Harrison | Fentanyl | AMERICAN GANGSTER JOKER END GAME ICE ICE BABY BENTLEY |
| 2/12/2025 | Raheem Morgan | Suspected Fentanyl | THUMBS UP |
| 2/13/2025 | Jaquay Harrison | Suspected Fentanyl Suspected Cocaine Base | COBRA GI JOE PANDA BONFIRE NO DIDDY AVATAR |

10

| Date of Transaction | Target Subject(s) Involved in Transaction | Contraband Purchased[5] | Stamps |
|---|---|---|---|
| | | | MEGA MILLIONS<br>END GAME<br>BENTLEY<br>REDLNE<br>ROLEX<br>PERFECT 10<br>DIOR<br>EXIT 13<br>MONSTER |
| 3/24/2025 | Jaquay Harrison | Fentanyl<br>Cocaine Base | AMERICAN GANGSTER<br>HORSEPOWER |
| 4/9/2025 | Raheem Morgan | Suspected Fentanyl | POISON |
| 4/9/2025 | Jaquay Harrison | Suspected Fentanyl<br>Suspected Cocaine Base | SHOP RITE |
| 4/18/2025 | Noah Anderson | Fentanyl | NINO BROWN |
| 4/18/2025 | Tauheed McLean, Jr.<br>Kaideah Traynham<br>Ajamu Kalonji | Suspected Fentanyl | I TOLD YA<br>THUMBS UP<br>SHOP RITE<br>MONEY MAKER |
| 4/23/2025 | Nathaniel Broadnax | Fentanyl | I TOLD YA<br>TOY STORY<br>KING OF NEW YORK<br>DORITOS<br>FRESH PRINCE |
| 4/23/2025 | Nigel Latimore | Suspected Fentanyl | I TOLD YA<br>BULLETPROOF<br>KING OF NEW YORK<br>MONEY MAKER |
| 4/23/2025 | Ali Harris | Suspected Fentanyl | BULL<br>KING OF NEW YORK<br>MONEY MAKER |
| 4/25/2025 | Khyair Jenkins | Fentanyl<br>Cocaine Base | 4PF |
| 4/25/2025 | Mario Wright | Fentanyl | MONEY MAKER |
| 5/20/2025 | Mario Wright<br>Edwin Cooper | Suspected Fentanyl | MONEY MAKER<br>I TOLD YA<br>DONE UP |
| 5/20/2025 | Khyair Jenkins | Suspected Fentanyl | MONEY MAKER<br>LV |

| Date of Transaction | Target Subject(s) Involved in Transaction | Contraband Purchased[5] | Stamps |
|---|---|---|---|
| 5/23/2025 | Ali Harris | Suspected Fentanyl | TRICK OR TREAT |
| 5/23/2025 | Jamaal Swinton Raheem Morgan | Suspected Fentanyl | LV |
| 5/23/2025 | Isiah Massenburg | Suspected Fentanyl | DOLCE & GABBANA |
| 5/28/2025 | Radee Tutler | Suspected Fentanyl | FED EX |
| 5/28/2025 | Tauheed McLean, Jr. | Suspected Fentanyl | LV |

## SURVEILLANCE

7. During the timeframe of the conspiracy, law enforcement heavily surveilled the area surrounding Kretchmer Homes, including the courtyard area between the buildings. Over the course of the investigation, law enforcement obtained hours of video footage depicting members of the Frelinghuysen DTO engaging in narcotics transactions. The footage captured, among other evidence, dozens of narcotics transactions involving the defendants, daily interactions between members of the conspiracy, a frequent stream of buyers approaching the area for brief interactions that are consistent with drug sales, and co-conspirators holding, passing, and counting drug proceeds amongst themselves.

8. Based on the narcotics seized during the course of the investigation and the Frelinghuysen DTO's patterns of activity, including dozens hand-to-hand transactions captured on video footage, the investigation revealed that the co-conspirators distributed more than 400 grams of fentanyl, and more than 280 grams of cocaine base during the conspiracy period.

9. Law enforcement and confidential sources have observed members of the DTO work together to sell narcotics. For example:

   a. On or about October 10, 2024, LEAKS and HARGROVE worked together to sell an undercover law enforcement officer fentanyl and cocaine base. Specifically, an undercover law enforcement officer told LEAKS that he sought heroin and cocaine base; LEAKS handed the undercover law enforcement officer packages of fentanyl; and HARGROVE gave the undercover law enforcement officer the cocaine base. The undercover law enforcement officer paid LEAKS for the entire purchase of both fentanyl and cocaine base.

b. On or about October 16, 2024, an undercover law enforcement officer bought a package of suspected fentanyl from D. HARRISON and then requested another one. In response, D. HARRISON then called J. HARRISON to deliver another package of heroin. J. HARRISON delivered the second package. Both packages subsequently tested positive for fentanyl.

c. On or about October 24, 2024, law enforcement observed LEVETT and SHELL engage in, based on my training and experience, a hand-to-hand narcotics transaction with a third-party.

d. On or about November 5, 2024, a confidential source sought to buy fentanyl from the DTO. In front of the confidential source, TUTLER handed TRAYNHAM two bundles of suspected fentanyl, TRAYNHAM combined those two bundles of suspected fentanyl with her four bundles of suspected fentanyl and provided the confidential source six bundles of suspected fentanyl, in exchange for payment.

e. On or about April 18, 2025, a confidential source asked MCLEAN for four packages of heroin. MCLEAN handed the confidential source one package of suspected fentanyl and coordinated with TRAYNHAM so that TRAYNHAM handed the confidential source another package. The confidential source paid MCLEAN and TRAYNHAM for the two packages that they had jointly sold her. MCLEAN then called KALONJI to obtain and then deliver the remaining two packages of suspected heroin in order to complete the sale.

f. On or about May 20, 2025, an undercover law enforcement officer contacted WRIGHT to arrange a narcotics purchase, first by text message and then in person. WRIGHT met the undercover law enforcement officer with COOPER and COOPER delivered the suspected fentanyl and cocaine base.

## **PHONE CONNECTIONS**

10. Law enforcement has identified phone numbers for various members of the Frelinghuysen DTO through a number of investigative techniques. Records for those phone numbers and intercepted wiretap communications show that the members of the DTO conspired over the telephone to sell narcotics, often referring to narcotics by their stamps' names or colors. These communications revealed the DTO's structure, specifically the fact that J. HARRISON, KALONJI, MORGAN, SWINTON, and HALL supplied the DTO and provided narcotics to retail dealers for resale. For example:

- On or about April 7, 2025, MASSENBURG said to J. HARRISON, "Aight, bet. I need 3 'honey buns.'" Based on my training and experience and multiple references throughout the wire taps to "honey" and "buns," variations of the term "bun" are used to describe bundles of heroin or fentanyl, i.e., ten glassine envelopes of heroin/fentanyl packaged together for distribution. For example, on or about May 20, 2025, KALONJI received a call from a known drug buyer where the buyer requested, "A Honey Bee of 'I told you.'" As part of this investigation, law enforcement has purchased the "I told you," brand from members of the conspiracy, as explained above. In another example, on or about May 12, 2025, KALONJI told a known buyer, "I know he will give a bun for 45."
- On or about April 9, 2025, J. HARRISON said to HALL, "Hey yo, your man still got some 'boy?'" and "Yo, I need like 40, like ASAP. 'Cause my man be here by like." HALL responded, "Aight." Based on my training and experience, "boy" is a term used describe heroin or fentanyl. Furthermore, I believe that the reference to "40" was a reference to a quantity of narcotics because J. HARRISON made this call to HALL shortly after an undercover law enforcement officer had requested 40 bricks of narcotics from J. HARRISON and because, after this call, the undercover law enforcement officer purchased the 40 bricks from J. HARRISON.
- On April 21, 2025, SMITH said to J. HARRISON, "You back around?" and J. HARRISON responded, "I'm back around but I ain't got no more of the uh... I'm waiting for that n*gga down here. With the uh, 'Money Maker' and the 'I Told You.' I only got the 'American Gangster.'"
- On or about May 3, 2025, LATIMORE said to KALONJI, "I need some M&M real quick." Based on my training and experience, and the results of the investigation to date – including at least one narcotics transaction in which LATIMORE sold fentanyl bearing the stamp "Money Maker" to law enforcement, "M&M" refers to fentanyl bearing the "Money Maker" stamp.
- On or about May 5, 2025, HOOVER said to KALONJI, "A'right, let me get two black" and KALONJI responded, "A'ight." On or about May 25, 2025, HOOVER said to KALONJI, "I need a Money, Money Maker."
- On or about May 7, 2025, BROADNAX said to KALONJI, "Hey bro I need, I need you for a second. I need a two piece but I can get you in like half an hour." Kalonji responded, "A'right, a'right, what?" BROADNAX added, "Uhm.... A Money Maker."
- On or about May 13, 2025, MCLEAN said to KALONJI, "Bring me a green one down Unc, bring me M&M." Based on my training and experience, and the results of the investigation to date – including at least one narcotics transaction in which MCLEAN sold fentanyl

14

- bearing the stamp "Money Maker" to law enforcement, "M&M" refers to fentanyl bearing the "Money Maker" stamp.
- On or about May 21, 2025, COLEMAN told KALONJI, "I was about to call you and ask you if you got a scale." Later in that conversation, KALONJI ordered COLEMAN, "Go in the back and meet white girl again." Indeed, less than approximately 10 minutes after this call occurred, law enforcement observed, on surveillance video, COLEMAN engage in an interaction that was, based on my training and experience, consistent with a hand-to-hand drug transaction with a woman who appeared to be Caucasian
- On or about May 26, 2025, ANDERSON told KALONJI, "Yeah, that's what they want, they want Crown." KALONJI responded, "I think I got a Crown… aight." Based on my training and experience and the investigation, I believe that "Crown" is a reference to a brand of fentanyl because there are numerous calls in the wiretap interceptions referencing "Crown" with other narcotics. For example, on or about May 21, 2025, KALONJI received a call from ANDERSON for "'I told you,' one uh 'Crown.' One 'Money Maker.'" I believe that "Crown" is a reference to a stamp of suspected fentanyl here because ANDERSON requests it with "I told you" and "Money Maker," two brands that the DTO has sold during the investigation, as explained above.
- On or about May 29, 2025, SWINTON told MORGAN, "And I got some of that purple 'Fetty' too.'" Based on my training and experience, "Fetty" is an informal term for fentanyl.
- On or about June 3, 2025, WOODY told HALL, "Just call me in the morning. I already got empties [phonetic] and everything down there. All I have to do is just put it together for you." Based on my training and experience, in this call, WOODY told HALL that he was prepared to package narcotics to deliver to HALL.

### November 15, 2024, Gun Recovery – LEVETT

11.     On or about November 15, 2024, law enforcement was conducting surveillance of a location located along the 900 block of Frelinghuysen Avenue known for illegal open-air drug dealing. Officers observed LEVETT conduct what appeared to be a hand-to-hand drug transaction with a buyer.

12.     As officers moved in to apprehend LEVETT and others who were observed also selling what appeared to be narcotics, LEVETT fled the scene and appeared to be clutching an object in his waistband. Officers chased and apprehended LEVETT a short distance away. As LEVETT struggled with the officers he attempted to reach for the object in his waistband, which was later identified as a .40 caliber Glock semi-automatic handgun bearing serial

number BPAD278 and loaded with 15 rounds of .40 caliber ammunition (the "Firearm and Ammunition").

13. A subsequent search of LEVETT resulted in the recovery of approximately 53 glassine envelopes containing suspected fentanyl, and 32 zip lock bags containing suspected cocaine base. The suspected fentanyl bore the stamps, "Black Summer," "Trap House," and "American Gangster," a stamp that law enforcement has purchased from multiple DTO members, as described above.

14. The Firearm and Ammunition recovered from LEVETT were manufactured outside of the State of New Jersey, and thus traveled in interstate commerce prior to LEVETT's possession of the Firearm and Ammunition in New Jersey on or about November 15, 2024.

15. On or about June 5, 2023, LEVETT was convicted in New Jersey Superior Court, of distribution of a controlled dangerous substance, in violation of N.J.S.A. 2C:35-5A(1), which is a crime punishable by imprisonment for more than one year.

### January 17, 2025 Gun Recovery – HARGROVE

16. On or about January 17, 2025, officers with the Elizabeth Police Department observed a Chevrolet Malibu with heavily tinted windows make a turn without signaling. The vehicle was pulled over by police. HARGROVE was in the front passenger seat. A female companion was driving. Officers who approached the passenger side observed a bulge in the defendant's pants pocket. HARGROVE was also wearing his seatbelt improperly under his armpit and admitted to the officer that he had not been wearing the seatbelt when the vehicle was first pulled over but had quickly tried to fasten the seatbelt as the officers approached the vehicle. After HARGROVE was asked for identification, he reached into the pocket with the bulge and officers were able to see the item in the pocket was a pill bottle of multi-colored pills, suspected to contain MDMA/Ecstasy. HARGROVE was then asked to exit the vehicle.

17. Officers instructed him to place his hands on the roof of the vehicle to conduct a search of his person, but HARGROVE refused and grabbed the front of his waistband. A brief struggle ensued, and officers observed a bulge consistent with concealing a handgun in the front of HARGROVE's waistband.

18. As officers struggled with HARGROVE in an attempt to place him under arrest, a second firearm slipped from the small of HARGROVE's back and landed on a patch of grass. That firearm was immediately recovered. Officers finally managed to place HARGROVE in handcuffs and the other firearm was removed from HARGROVE's waistband.

19. The firearm recovered from HARGROVE's waistband was a Beretta APX 9mm caliber, bearing serial number AXC005783, loaded with eight rounds of 9mm ammunition. The firearm which fell from the HARGROVE's person to the ground was a Glock 42 .380 caliber semi-automatic handgun, bearing serial number ACKF246, loaded with four rounds of .380 caliber ammunition (the "Firearms and Ammunition").

20. The Firearms and Ammunition were manufactured outside of the State of New Jersey, and thus traveled in interstate commerce prior to HARGROVE's possession of the Firearms and Ammunition in New Jersey on or about January 17, 2025.

21. On or about September 6, 2022, HARGROVE was convicted in New Jersey Superior Court, of distribution of a controlled dangerous substance, in violation of N.J.S.A. 2C:25-5A(1), which is a crime punishable by imprisonment for more than one year. Hargrove was sentenced to five years' imprisonment for that offense.

### April 24, 2025 Gun Recovery – SHELL

22. On or about April 24, 2025, Elizabeth police officers observed a blue Audi parked next to a Chevrolet pickup truck along Ludlow Street in Elizabeth. The driver of the Audi, later identified as SHELL, exited his vehicle and approached the Chevrolet. After a few seconds, law enforcement observed SHELL interacting with the driver of the Chevrolet in a manner consistent with a hand-to-hand narcotics transaction.

23. Believing a drug transaction had just occurred, other officers stopped the Chevrolet a short distance away. The driver admitted he had just purchased narcotics from SHELL. Officers then stopped SHELL's Audi along Frelinghuysen Avenue in Newark. A search of the vehicle revealed a 9mm Canik semi-automatic handgun, bearing serial number T6472-23AP03205, loaded with 16 rounds of 9mm ammunition (the "Firearm and Ammunition"). Officers also recovered one glassine envelope containing suspected heroin from SHELL's person. SHELL also was in possession of approximately $2,081 in suspected drug proceeds.

24. The Firearm and Ammunition recovered from SHELL's vehicle were manufactured outside of the State of New Jersey, and thus traveled in interstate commerce prior to SHELL's possession of the Firearm and Ammunition in New Jersey on or about April 24, 2025.

25. On or about January 11, 2022, SHELL was convicted in New Jersey Superior Court, of distribution of a controlled dangerous substance, in violation of N.J.S.A. 2C:35-5A(1), which is a crime punishable by imprisonment

for more than one year.  SHELL was sentenced to four years' imprisonment for that offense.